RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Dvante Mason

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DVANTE MASON,<br><br>Defendant. | Case No. 2:17-CR-239-APG-CWH<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Acting United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Dvante Mason, that the Evidentiary Hearing currently scheduled on July 13, 2018, be vacated and continued to a date and time convenient to the Court, within three (3) to seven (7) days.

This Stipulation is entered into for the following reasons:

1. An essential witness for the government is unavailable. Therefore the government requests a short continuance.

2. The defendant is in custody and agrees to the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the evidentiary hearing.

DATED this 12th day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By  */s/ Paul D. Riddle*  _____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By  */s/ Daniel Schiess*  _____<br>DANIEL SCHIESS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DVANTE MASON,<br><br>    Defendant. | Case No. 2:17-CR-239-APG-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, July 13, 2018 at 9:00 a.m., be vacated and continued to July 17, 2018 at the hour of 10:00 a.m..

DATED this 12 day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE