# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DVANTE MASON,<br><br>Defendant. | Case No. 2:17-cr-0239-APG-CWH<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>[ECF Nos. 30, 41] |

Defendant Dvante Mason filed a motion to suppress statements he made to law enforcement officers. ECF No. 30. After conducting an evidentiary hearing, Magistrate Judge Hoffman entered his Report & Recommendation recommending that the motion to suppress be granted. ECF No. 41. The Government filed an Objection to the Report & Recommendation (ECF No. 44) and Mason filed a Response (ECF No. 45).[1] Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers. Although this is a close call, I agree with Magistrate Judge Hoffman's analysis, and I adopt his Report & Recommendation as my own.

IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Report & Recommendation **(ECF No. 41) is accepted**. Mr. Mason's motion to suppress **(ECF No. 30) is granted**. The firearm and Mason's subsequent on-scene statements are suppressed.

Dated: November 19, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] The Government also filed a Reply (ECF No. 46), which is not allowed absent court permission. *See* Local Rule IB 3-2(a). However, I will not strike the Reply because part of it addresses Mason's objection (raised in his Response) to Magistrate Judge Hoffman's rulings regarding the validity of the initial stop.