# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

DVANTE MASON,

                    Defendant.

Case No.: 2:17-cr-00239-APG-CWH

**ORDER DISMISSING CASE**

[ECF No. 51]

    The Government's Motion to Dismiss **(ECF No. 51) is GRANTED**.  The Indictment is dismissed.  The clerk of the court shall close this file.

    Dated: December 4, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE